UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Wanda Lowe,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>Charter Communications, Inc.,<br><br>　　　　　　　Defendant. | Civil Action No.:  1:13-cv-03956-JEC |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: May 22, 2014

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　  /s/  Sergei Lemberg, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney Bar No.: 598666
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Wanda Lowe
　　　　　　　　　　　　　　　　　　　　LEMBERG LAW L.L.C.

1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:   (203) 653-3424
Email: slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 22, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) which sent notice of such filing to the following:

Brian T. Moore, Esq.
Myles Levellem Esq.
DREW ECKL& FARNHAM, LLP
880 W. Peachtree Street
P.O. Box 7600
Atlanta, Georgia 30357
*Counsel for Defendant*

                                          By /s/ Sergei Lemberg
                                              Sergei Lemberg