IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

Wanda Lowe,

               Plaintiff,

  v.

Charter Communications, Inc.; and DOES 1-10, inclusive,

               Defendant.

_____

CIVIL ACTION NO.: 1:13-cv-03956-JEC

## **STIPULATED DISMISSAL WITH PREJUDICE**

Plaintiff Wanda Lowe and Defendant, Charter Communications, Inc., L.L.C., by and through the undersigned counsel, have agreed to the Stipulated Dismissal of all claims asserted in this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff Wanda Lowe dismisses the action in its entirety *with prejudice*. Each party shall bear its own attorney's fees and costs.

[SIGNATURES CONTAINED ON FOLLOWING PAGE.]

Respectfully submitted this 28th day of July, 2014.

| **LEMBERG LAW L.L.C.** | **DREW ECKL& FARNHAM, LLP** |
|---|---|
| /s/ Sergei Lemberg, Esq. | /s/ Brian T. Moore, Esq. |
| Sergei Lemberg, Esq. | Brian T. Moore, Esq. |
| Attorney Bar No.: 598666 | *Attorney for Defendant Charter* |
| *Attorney for Plaintiff Wanda Lowe* | *Communications, Inc.* |
| | |
| 1100 Summer Street, 3rd Floor | P.O. Box 7600 |
| Stamford, CT 06905 | Atlanta, Georgia 30357 |
| Telephone: (203) 653-2250 | Telephone: (404) 885-1400 |
| Facsimile: (203) 653-3424 | Facsimile: (404) 876-0992 |
| Email: slemberg@lemberglaw.com | Email: bmoore@deflaw.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2014, I electronically filed the foregoing STIPULATED DISMISSAL WITH PREJUDICE using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Brian T. Moore, Esq.
Myles Levelle, Esq.
DREW ECKL& FARNHAM, LLP
P.O. Box 7600
Atlanta, Georgia 30357
*Attorneys for Defendant Charter Communications, Inc.*

                                            /s/ Sergei Lemberg
                                            Georgia Bar No. 598666
                                            Attorney for Plaintiff

LEMBERG LAW L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424